## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            v.<br><br>**MICHAEL C. RUTH,**<br><br>            **Defendant.** | Criminal 07-0093  (HHK) |

### ORDER TO SHOW CAUSE

The court received a request for removal dated August 10, 2007 ("Request for Removal from PSA Supervision Report"), from the District of Columbia Pretrial Services Agency ("PSA"), indicating that defendant has not complied with the conditions of supervised release that were previously imposed in connection with the above-captioned case.  The alleged violation is set forth in the August 10, 2007 Report and the PSA requests the court to conduct a hearing on the matter.  Upon consideration of the Report and the record of this case, it is this **5th day of September, 2007**, hereby

**ORDERED** that a hearing will be held on **September 13th, 2007 at 9:45 a.m.** and that defendant shall appear to show cause  as to why his conditions of release should not be revoked or modified.

                                                                        Henry H. Kennedy, Jr.
                                                                        United States District Judge