IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 07-093 (HHK)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL RUTH** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S NOTICE OF IMPEACHMENT
## BY EVIDENCE OF CONVICTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice, pursuant to Rule 609, Fed. R. Crim. Proc., that if the defendant testifies, the government will seek to impeach him with the following conviction: Unlawful Possession of a Controlled Substance (Cocaine) With Intent to Distribute, dated July 18, 2000, in the Superior Court for the District of Columbia, docket number F-3359-00.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Louis Ramos
DC Bar # 472-176
Assistant United States Attorney
555 4th Street, N.W., Room 4239
Washington, D.C. 20530
(202) 305-2195
Louis.Ramos@usdoj.gov