CR 07-93

FILED
DEC 1 0 2007
Clerk, U.S. District and Bankruptcy Courts

### Declaration of the Nation of True Self Immunities

Being the man of mankind which means in the liking of man, pursuant to self in it's sovereign state of being so, man was truly created in the image of God of the universe that governs the direction of this nations laws pursuant sovereign society by laws in accordance with laws of divinity pursuant to moral doctrine, under the covenant of Abraham.

### Articles of Independence

The meaning of true self is for one to come physical and physiological state of being, pursuant to the laws of divinity pertaining to ones self (meaning enter being) in accordance with the act to perform good conduct in all form of charitable contribution. Love thy neighbor as Christ loved the church. Pursuant this covenant over standing and securing national interest and welfare, pursuant to brotherhood states thereof.

### Uniformed Security Sovereignty Act

This society is a charitable entity, pursuant to the universal uniformed act in accordance with ethical code of conduct, with regard to moral practices as a unified society under this doctrine under legal and constitutional practices as a whole meaning (whole self), pertaining to individuals rights reserved herein these articles of global operations.

Pursuant to the Goodwill Act. Promoting high standard of ethics in accordance with the National Security Act to secure the privileges herein this covenant extend to all citizen, pursuant to that Sovereignty Act herein these Articles of Independence.

## Paramount Claim of Straw Man, Pursuant to U.C.C. 1-207.4

### Points And Authorities

Upon action invoked by said corporation owner of claim herein to cause this instrument to take legal affect, pursuant to sovereignty and maritime by-laws pursuant to common law structures thereof, ratified under article of such usury in accordance with U.C.C. 3 ratified by U.C.C. 1-207.4 10.103.6, pursuant to the Privacy Act. Where persons owning corporation with intent to reverse claim of debt owed with a fine thereto to be remanded pursuant to counter claim action of false claims. Violating provision under the Privacy Act in accordance with collection practices obligating persons of false claim action to pay upon true verification of title extending from owner. Filed in public record to reflect true claim of item or items. Not with standing: Collection Practice Act at 15 USC 1692(g) Pursuant to Universal Commercial Code.

## Constitution of the Declaration of Sovereignty Immunities
### Preamble

These laws place in the constitution, forbid this existing society co- existent with respect to other laws of the land not to conflict or to transgress in other occupied regions pursuant to global by- laws pursuant to thy neighbors welfare and well being without default pursuant to privileges of said covenant of this constitution brought fourth as a legal instrument of authority in it's jurisdiction to govern social interest. Persons of natural self being of the image of God created equal to all man and not of equal to a kind impartial. This society has no stock or hold no claim to individual life as a enforcer of the sovereign state of surety or bond. We are a society promoting serenity, trinity, peace under our God given right to secure this doctrine of said constitutions. Pursuant to the Nations doctrine and ratification of ancient law of civil and common law justice. Pursuant to the act of Goodwill Acts thereof, herein this covenant and union of peace and humanity pursuant to the right to remain in sovereign state with immunities intact at all times. As reserved upon ratification of the Freewill Act to bring forth civil structure by way of good conduct legislation pursuant to moral statues thereof.

### Deed Of Personal Property Recordation

Deed of True Self Bill. Pursuant to Universal Commercial Code Affidavit of Affirmative Action, pursuant to Sovereignty By laws. Sworn, true, correct and complete. True Bill in Accordance with Corporation (copyright) Bill of Rights under Maritime Custodia Legis.

Description of Property: (MICHAEL C. RUTH)
Corporation Owner: Michael Chrishawn Ruth

I hereby person of true self Michael Chrishawn Ruth owner of said corporation including accessories and components not mentioned under sovereign titleship, pursuant to allodial title patents there of, in conjunction with said statues of provision under allodial instruments. Patent for common rights of usury not withstanding void of any liens and free from charge against entity. Patent under True Self-Sovereign immunities, with regard to this covenant. All rights reserved without prejudice. (U.C.C. 1-207.4, U.C.C. 10-103.6)

This trademark Notice informs any potential user of any name that intended as pertaining to True Self that unauthorized use there of without my express, prior, written permission signifies the users consent to becoming the debtor on a self-executing U.C.C. Financing statement in the amount of $500,000. Per person per unauthorized use of any name used with the intent of obligating me, The True Self Sovereign American/ Secured Party, Michael Chrishawn Ruth. Plus cost, plus triple damages. Collection Practice Act. at 15 USC 1692 (g) in accordance with U.C.C. 3, ratification by U.C.C. 1-207.4, U.C.C. 10-103.6. Pursuant to the Privacy Act.

Sworn, true, correct and complete by: _Michael C. Ruth_

Public Notary Signature: _[signature]_

Subscribed and sworn to before me, in my presence, this 12 day of August, 2006, a Notary Public in and for the District of Columbia

_[signature]_
Notary Public

June 14, 2010

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA vs.
MICHAEL C. RUTH
(defendant)
case# 07-093-HHK

FILED

DEC 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LET THIS BE FILED

## PRO SE MOTION TO DISMISS INDICTMENT

Comes Now, Michael C. Ruth (True Self Sovereign), (sui juris), tertius interveniens(third party interferon),(movant), to hereby respectfully move the District Court pursuant to Criminal Rule 12(b)(1) of the Federal Criminal Code and Rules. In support there of, the following is submitted:

## FACTUAL AND PROCEDURAL CASE HISTORY

On or about March 14, 2007, defendant allegedly violated 18 USC 922(g)(1) based on what was incorporated from a criminal complaint.

RECEIVED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On or about May 11, 2007, the defendant was indicted by a Grand Jury for said offense.

I, Michael C. Ruth (person of "natural self being") (not person of "artificial"), contend that I am a declared sovereign (see Bible: Psalms 82, verse 6) who's sovereignty can't be taken away from me by anyone except the One who has granted it to me Whom is God Himself. Along with the rights He ascribed me, He also ascribed me duties. Part of those duties are to let the truth be told at all times including times of grief and danger. I consider these dangerous times as a part of my natural freedom and liberty has already been taken (against my will) away from me and even more if not all is being threatened to be taken. So under these dangerous conditions I speak the truth (sworn statements), naturally being under God and under oath, in saying I do not and did not own nor know who owns nor knowingly possess the said ammunition that has given rise to the alleged offense. Thus, when found in constructive possession of said ammunition, truth says that it had to be the result of mixing (accidental or intentional) by another unknown party. On or about March 14, 2007, approx. 7:30 am, I left my home (my home since March 9, 2007(lease is available)) in route to my mother's home

purpose of cooking something to eat and grabbing my court papers for the court date that I had for the same day of March 14, 2007. For me this was the 3rd, 4th, maybe even 5th time going to court on this family matter that I had before Judge Doyle/ Judge Lee in Superior Court for the District of Columbia. So it had become routine for me to take my backpack for storage of important court papers to and from court in all instances. So upon seeing my backpack at my moms house, I looked in and saw my court papers and proceeded to leave and drive down to court building. I, Michael C. Ruth, submits that I did not have the mens rea (criminal intent) to have perpetrated the said offense. And for that reason the indictment should be dismissed. For the accusser to say that I knowingly received and possessed ammunition is to also say that I had a purpose. I merely guess that they thought my purpose was to go in the court building, (which by the way has a big clear sign that reads X-ray machine or X-ray belt) and throw bullets at people being though no gun was found. Insane!!

# MEMORANDUM OF POINTS AND AUTHORITIES OF LAW IN SUPPORT

I, Michael C. Ruth (True Self Sovereign American), (3rd party interferon), contends that the indictment of May 11, 2007, should be dismissed, since the mens rea to perpetrate said offense has not been confirmed; hence there is no legal basis to charge an offense.
See Criminal Rule 12(b)(1):

(b) Any defense, objection, or request which is capable of determination without the trial of the general issue may be raised before trial by motion. Motions may be written or oral at the discretion of the Judge: The following must be raised prior to trial

(1) Defenses and objections based on defects in the institution of the prosecution.

Held in UNITED STATES v. YAKOU, C.A.D.C 2005, 428 F.3d 241 that it is within the discretion of the District Court to dismiss a indictment if it fails to charge an offense. This is case at bar! Therefore, the District Court should dismiss the indictment because the institution of the prosecution was defective by

virtue of the fact that the ammunition does/did not belong to the defendant and it was mixed (accidentaly or intentionaly) with my personal property. For that reason, it is proof by the declared sovereign that supports the fact that a mens rea by the defendant cant be established to permit the institution of the prosecution in this case and the District Court has the discretion to dismiss the indictment for that very reason and any other reason justice so demands.

## CONCLUSION

Wherefore, I, Michael C. Ruth, authorize by evidence and points and authorities of law to have this District Court invoke its discretion for purposes of dismissing the indictment.
Here you have a Sovereign being who doesn't carry weapons or transgress against any man (see attached Constitution of Declaration) and is totally dependant upon protection from God alone and trust in God alone for he is The One Who has vested me with my sovereign powers. As I stated earlier my freedom and liberty have already been partially taken from me. So here you have an innocent man who's story has never changed now being the victim of transgression and trespassing. But my duties ascribed to me from God

Himself contend for me to uphold the Law for me to keep my rights. (And that means to forgive those who trespass against me.) The trespassers have already been forgiven. The Law I speak of is God's Law. It is the only law that I know and recognize and holds by nature to respect and not conflict with other laws of the land whether domestic, foreign, regional, federal, state, county, global, etc. For the Law I submit to is the very Law (The Umbrella) that all other law fall under, making the Law I follow Trump. Proof of this is all other law has been known to change and is still subject to change. My Law or the Law I follow never changes, never has and never will (see Bible: Matthew 5:17) For the only Law I submit to is Universal Law, God's Law, that runs parallel and in perfect accordance with the universe.

The only exception to the rule of the Law not conflicting with other laws would be Satan's or the Devil's law which is a natural enemy of God's law and can't stand to be in the same room with God's law, therefore making it impossible for both to flourish or exist in the same space or room together, for One would have to overpower the other. For when Truth enters the room, falsehood vanishes.

To tell the difference between the two my Father left the parable: A lie tells on itself, The Truth needs no support.

PLEASE SEE ALL EXHIBITS

Date: 12-10-07

Respectfully Submitted  *Michael C. LA*

## CERTIFICATE OF SERVICE

I hereby certify this __10th__ day of __December__ 2007 a true, correct and complete copy, pro se, of an motion to dismiss the indictment has been served on : _____

Name: *Michael C. LA*

Witness_____