UNITED STATES OF AMERICA
Vs.
MICHAEL C. RUTH
(defendant)          case# 07-093 HHK

FILED

DEC 1 0 2007

Clerk, U.S. District and
Bankruptcy Courts

## MOTION TO DISMISS COURT APPOINTED ATTORNEY

Facts: I , Michael C. Ruth (true self sovereign), (person of "natural self") am informing this Honorable Court, that I am dismissing my attorney and I do not want any further representation by David Walker Bos as direct representative of me, Michael C. Ruth, for the said reasons.

1) I am a declared sovereign citizen that has been vested with sovereign powers and rights through natural birth (See Bible: Psalms 82: 6)

2) It's a conflict of interest to have a public servant who is not sovereign to represent a sovereign individual. However it would not hurt me to have Mr. Bos as stand-in advisor to help me with the proper filing of motions and the distinguishing of proper English from the legalese language of the court and a few other minor things.

RECEIVED

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3) I, the petitioner, am informing the court that I will represent myself as a sovereign true self natural being of God in his image showing non-believers that I am truly able to stand on my own and represent myself and my Father as He would.

I hereby on this said day that this said document was forwarded to the said persons or courts on _____10th_____ day of ____December____ 2007, a true, correct and complete copy, pro se of an motion.

Name: _Michael C. Li*t*_

Witness: _____