UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

~~FILED~~

FEB 1 ? 2008

FEB 18 2008

Clerk, U.S. District and
Bankruptcy Courts

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA vs
MICHAEL C. RUTH (defendant)
CASE # 07-093-HHK

PRO SE MOTION TO DISMISS
CHARGES / INDICTMENT DUE
TO GOVERNMENT'S / PROSECUTION'S
FAILURE TO PRESERVE EVIDENCE

Leave to file GRANTED
[signature] Henry H. Kennedy, Jr.
United States District Judge
2/12/07

COMES NOW, Michael C. Ruth (Self-Declared Sovereign) to hereby respectfully move the District Court pursuant to Criminal Rule 12 (b)(1) of the Federal Criminal Code and Rules. In support there of, the following is submitted :

## FACTUAL AND PROCEDURAL CASE HISTORY

On or about March 14, 2007, defendant allegedly violated 18 USC 922 (g)(1) based on what was incorporated from a criminal complaint. On or about May 11, 2007, the defendant was indicted by a Grand Jury for said offense.

According to the Court Facility Incident Report found in the Discovery Packet an Officer Paul McLeod submits a sworn certified statement that the said ammunition in question was removed from the lining of a red back pack that belonged to the defendant

The defendant states that this back-pack in question should have been

preserved As evidence especially
due to Officer's McLeod's statement
giving detailed specific nature of the
inside of the said back-pack. Defendant
was told by then Attorney, now legal
Advisor, David Bos, that government no
longer had the said back-pack. It strikes
as odd that back-pack would not be
preserved but $5.00 U.S. currency and
defendant's identification has been preserved
as evidence.

## MEMORANDUM OF POINTS AND AUTHORITIES OF LAW IN SUPPORT

I, Michael C. Ruth, contends that
the charges/indictment of May 11, 2007,
should be dismissed for government's /
prosecution's failure to preserve evidence;
hence definitely being a defect in the
institution of the prosecution.

See Criminal Rule 12(b)(1):

(b) Any defense, objection or request
which is capable of determination without
the trial of the general issue may be raised
before trial by motion. Motions may be

written or oral at the discretion of the judge. The following must be raised prior to trial

(1) Defenses and objections based on defects in the institution of the prosecution.

The District Court should dismiss the indictment because the institution of the prosecution was defective by virtue of the fact that key evidence (said back-pack) was not preserved whether accidently or intentionly but yet in still crippling the defense from defending as jurors would not be able to see this back-pack if gone to trial. For that reason, it is proof of a defect therefore allowing District Court to dismiss the indictment for that very reason and any other reason justice so demands.

## CONCLUSION

Wherefore I, Michael C. Ruth authorize by evidence And points And Authorities of law to have this District Court invoke it's discretion for purposes of dismissing the indictment.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## UNITED STATES OF AMERICA vs.
## MICHAEL C. RUTH
### (defendant)
### case# 07-093-HHK



FILED

FEB 1 2 2008

Clerk, U.S. District and
Bankruptcy Courts

## PRO SE MOTION TO DISMISS INDICTMENT

Comes Now, Michael C. Ruth (True Self Sovereign), (sui juris), tertius interveniens(third party interferon),(movant), to hereby respectfully move the District Court pursuant to Criminal Rule 12(b)(1) of the Federal Criminal Code and Rules. In support there of, the following is submitted:

## FACTUAL AND PROCEDURAL CASE HISTORY

On or about March 14, 2007, defendant allegedly violated 18 USC 922(g)(1) based on what was incorporated from a criminal complaint.

On or about May 11, 2007, the defendant was
indicted by a Grand Jury for said offense.

I, Michael C. Ruth (person of "natural self being")
(not person of "artificial"), contend that I am a
declared sovereign (see Bible: Psalms 82, verse 6)
who's sovereignty can't be taken away from me by
anyone except the One who has granted it to me
Whom is God Himself. Along with the rights He
ascribed me, He also ascribed me duties. Part of those
duties are to let the truth be told at all times including
times of grief and danger. I consider these dangerous
times as a part of my natural freedom and liberty has
already been taken (against my will) away from me
and even more if not all is being threatened to be
taken. So under these dangerous conditions I speak
the truth (sworn statements), naturally being under
God and under oath, in saying I do not and did not
own nor know who owns nor knowingly possess the
said ammunition that has given rise to the alleged
offense. Thus, when found in constructive possession
of said ammunition, truth says that it had to be the
result of mixing (accidental or intentional) by another
unknown party. On or about March 14, 2007, approx.
7:30 am, I left my home (_____,
____, _____)(my home since March 9,
2007(lease is available)) in route to my mother's
home (_____, _____, in

purpose of cooking something to eat and grabbing
my court papers for the court date that I had for the
same day of March 14, 2007. For me this was the 3rd,
4th, maybe even 5th time going to court on this family
matter that I had before Judge Doyle/ Judge Lee in
Superior Court for the District of Columbia. So it had
become routine for me to take my backpack for
storage of important court papers to and from court in
all instances. So upon seeing my backpack at my
moms house, I looked in and saw my court papers
and proceeded to leave and drive down to court
building. I, Michael C. Ruth, submits that I did not
have the mens rea (criminal intent) to have
perpetrated the said offense. And for that reason the
indictment should be dismissed. For the accusser to
say that I knowingly received and possessed
ammunition is to also say that I had a purpose. I
merely guess that they thought my purpose was to go
in the court building, (which by the way has a big
clear sign that reads X-ray machine or X-ray belt)
and throw bullets at people being though no gun was
found. Insane!!

## MEMORANDUM OF POINTS AND
## AUTHORITIES OF LAW IN SUPPORT

I, Michael C. Ruth (True Self Sovereign American), (3rd party interferon), contends that the indictment of May 11, 2007, should be dismissed, since the mens rea to perpetrate said offense has not been confirmed; hence there is no legal basis to charge an offense.
See Criminal Rule 12(b)(1):


(b) Any defense, objection, or request which is capable of determination without the trial of the general issue may be raised before trial by motion. Motions may be written or oral at the discretion of the Judge: The following must be raised prior to trial


(1) Defenses and objections based on defects in the institution of the prosecution.


Held in UNITED STATES v. YAKOU, C.A.D.C 2005, 428 F.3d 241 that it is within the discretion of the District Court to dismiss a indictment if it fails to charge an offense. This is case at bar! Therefore, the District Court should dismiss the indictment because the institution of the prosecution was defective by

virtue of the fact that the ammunition does/did not belong to the defendant and it was mixed (accidentaly or intentionaly) with my personal property. For that reason, it is proof by the declared sovereign that supports the fact that a mens rea by the defendant cant be established to permit the institution of the prosecution in this case and the District Court has the discretion to dismiss the indictment for that very reason and any other reason justice so demands.

Also see: MEMORANDUM OF POINTS AND AUTHORITIES OF LAW IN SUPPORT (PAGE #2) ATTACHED

## CONCLUSION

Wherefore, I, Michael C. Ruth, authorize by evidence and points and authorities of law to have this District Court invoke its discretion for purposes of dismissing the indictment.
Here you have a Sovereign being who doesn't carry weapons or transgress against any man (see attached Constitution of Declaration) and is totally dependant upon protection from God alone and trust in God alone for he is The One Who has vested me with my sovereign powers. As I stated earlier my freedom and liberty have already been partially taken from me. So here you have an innocent man who's story has never changed now being the victim of transgression and trespassing. But my duties ascribed to me from God

Himself contend for me to uphold the Law for me to keep my rights. (And that means to forgive those who trespass against me.) The trespassers have already been forgiven. The Law I speak of is God's Law. It is the only law that I know and recognize and holds by nature to respect and not conflict with other laws of the land whether domestic, foreign, regional, federal, state, county, global, etc. For the Law I submit to is the very Law (The Umbrella) that all other law fall under, making the Law I follow Trump. Proof of this is all other law has been known to change and is still subject to change. My Law or the Law I follow never changes, never has and never will (see Bible: Matthew 5:17) For the only Law I submit to is Universal Law, God's Law, that runs parallel and in perfect accordance with the universe.

The only exception to the rule of the Law not conflicting with other laws would be Satan's or the Devil's law which is a natural enemy of God's law and can't stand to be in the same room with God's law, therefore making it impossible for both to flourish or exist in the same space or room together, for One would have to overpower the other. For when Truth enters the room, falsehood vanishes.

To tell the difference between the two my Father left the parable: A lie tells on itself, The Truth needs no support.


## PLEASE SEE ALL EXHIBITS

Date: _12 -10-07_

Respectfully Submitted _Michael c. St_

## CERTIFICATE OF SERVICE

I hereby certify this ___10th___ day of
___December___ 2007 a true, correct and complete copy,
pro se, of an motion to  dismiss the indictment has
been served on : _____

Name: _Michael c. St_

Witness_____

## Declaration of the Nation of True Self Immunities

Being the man of mankind which means in the liking of man, pursuant to self in it's sovereign state of being so, man was truly created in the image of God of the universe that governs the direction of this nations laws pursuant sovereign society by laws in accordance with laws of divinity pursuant to moral doctrine, under the covenant of Abraham.

## Articles of Independence

The meaning of true self is for one to come physical and physiological state of being, pursuant to the laws of divinity pertaining to ones self (meaning enter being) in accordance with the act to perform good conduct in all form of charitable contribution. Love thy neighbor as Christ loved the church. Pursuant this covenant over standing and securing national interest and welfare, pursuant to brotherhood states thereof.

## Uniformed Security Sovereignty Act

This society is a charitable entity, pursuant to the universal uniformed act in accordance with ethical code of conduct, with regard to moral practices as a unified society under this doctrine under legal and constitutional practices as a whole meaning (whole self), pertaining to individuals rights reserved herein these articles of global operations.

Pursuant to the Goodwill Act. Promoting high standard of ethics in accordance with the National Security Act to secure the privileges herein this covenant extend to all citizen, pursuant to that Sovereignty Act herein these Articles of Independence.

## Paramount Claim of Straw Man, Pursuant to U.C.C. 1-207.4

### Points And Authorities

Upon action invoked by said corporation owner of claim herein to cause this instrument to take legal affect, pursuant to sovereignty and maritime by-laws pursuant to common law structures thereof, ratified under article of such usury in accordance with U.C.C. 3 ratified by U.C.C. 1-207.4 10.103.6, pursuant to the Privacy Act. Where persons owning corporation with intent to reverse claim of debt owed with a fine thereto to be remanded pursuant to counter claim action of false claims. Violating provision under the Privacy Act in accordance with collection practices obligating persons of false claim action to pay upon true verification of title extending from owner. Filed in public record to reflect true claim of item or items. Not with standing: Collection Practice Act at 15 USC 1692(g) Pursuant to Universal Commercial Code.

## Constitution of the Declaration of Sovereignty Immunities
### Preamble

These laws place in the constitution, forbid this existing society co- existent with respect to other laws of the land not to conflict or to transgress in other occupied regions pursuant to global by- laws pursuant to thy neighbors welfare and well being without default pursuant to privileges of said covenant of this constitution brought fourth as a legal instrument of authority in it's jurisdiction to govern social interest. Persons of natural self being of the image of God created equal to all man and not of equal to a kind impartial. This society has no stock or hold no claim to individual life as a enforcer of the sovereign state of surety or bond. We are a society promoting serenity, trinity, peace under our God given right to secure this doctrine of said constitutions. Pursuant to the Nations doctrine and ratification of ancient law of civil and common law justice. Pursuant to the act of Goodwill Acts thereof, herein this covenant and union of peace and humanity pursuant to the right to remain in sovereign state with immunities intact at all times. As reserved upon ratification of the Freewill Act to bring forth civil structure by way of good conduct legislation pursuant to moral statues thereof.

Deed Of Personal Property Recordation

Deed of True Self Bill. Pursuant to Universal Commercial Code Affidavit of Affirmative Action, pursuant to Sovereignty By laws. Sworn, true,correct and complete. True Bill in Accordance with Corporation (copyright) Bill of Rights under Maritime Custodia Legis.

Description of Property: (MICHAEL C. RUTH)
Corporation Owner: Michael Chrishawn Ruth

I hereby person of true self Michael Chrishawn Ruth owner of said corporation including accessories and components not mentioned under sovereign titleship. pursuant to allodial title patents there of. in conjunction with said statues of provision under allodial instruments. Patent for common rights of usury not withstanding void of any liens and free from charge against entity. Patent under True Self-Sovereign communities. with regard to this covenant. All rights reserved without prejudice. (U.C.C. 1-207.4. U.C.C. 10-103.6)

This trademark Notice informs any potential user of any name that intended as pertaining to True Self that unauthorized use there of without my express. prior. written permission signifies the users consent to becoming the debtor on a self-executing U.C.C. Financing statement in the amount of $500,000. Per person per unauthorized use of any name used with the intent of obligating me. The True Self Sovereign American/ Secured Party. Michael Chrishawn Ruth. Plus cost. plus triple damages. Collection Practice Act. at 15 USC 1692 (g) in accordance with U.C.C. 3, ratification by U.C.C. 1-207.4, U.C.C. 10-103.6. Pursuant to the Privacy Act.

SWORN, true, CORRect And complete by: _____

Public Notrey Signature: _____

# MEMORANDUM OF POINTS AND AUTHORITIES OF LAW IN SUPPORT (PAGE #2)

Held in CAMPOS v UNITED STATES, 617 A. 2d 185 (D.C. 1992), A person who has no knowledge that he or she has a pistol, despite the fact that it is located on his or her person, does not exercise direct physical control over the pistol (Required for possession) One can't effecttively exercise control over a pistol on his or her person unless he or she knows that it is there.

Held in Cf. JOHNSON v UNITED STATES, 309 A. 2d 497 499 (D.C. 1973) (government must prove defendant had knowledge to establish possession) Similarly, a person can't have the requisite intent to do the prohibited acts that "constitute the carrying of a pistol without a license" unless he or she knows that the object he or she is carrying is, in fact, a pistol. (OR AMMUNITION for the matter) A defendant can't possess the requisite general intent to commit a crime without "being aware of all those facts which make his or her conduct criminal."