UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-93 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL RUTH** | : | |
| | : | |
| **Defendant.** | | |

## JOINT PRETRIAL STATEMENT

The parties, by and through their attorneys, the United States Attorney for the District of Columbia and the Defendant, respectfully submit a Joint Pretrial Statement, including the following: (a) Case Statement; (b) Voir Dire Questions (c) Jury Instructions; and (d) Proposed Verdict Form.

                                        Respectfully Submitted,


                                        _____/s/_____
                                        LOUIS RAMOS
                                        Assistant United States Attorney



                                        _____/s/_____
                                        MICHAEL RUTH
                                        Pro Se Defendant
                                        DAVID BOS, Esq.
                                        Defendant's Attorney-Advisor

1

## CASE STATEMENT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 0** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL RUTH** | : | |
| | : | |
| **Defendant.** | : | |

## CASE STATEMENT

Mr. Ruth is charged with unlawful possession ammunition by a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, occurring on March 14, 2007, at D.C. Superior Court, 500 Indiana Ave., N.W. Washington, D.C.

# VOIR DIRE

Case 1:07-cr-00093-HHK   Document 14   Filed 02/20/2008   Page 4 of 19

**Proposed Introduction - Parties in Agreement**

Ladies and gentlemen, you have been called to this Courtroom for possible selection as a juror in a criminal case entitled <u>United States v. Michael Ruth.</u> In this case, Mr. Ruth is charged with Unlawful Possession of Ammunition by a Person Previously Convicted of a Crime Punishable by a Term of Imprisonment Exceeding One Year.  The process of jury selection is called the <u>voir</u> <u>dire</u> process, and its object is to select twelve (12) jurors and two (2) alternates who have no prior knowledge concerning this case and no bias toward either side in this case.  In short, it is our aim to select a jury that will reach a verdict based solely upon the evidence presented in this courtroom and the law as I instruct you.  I will now go through a series of questions.  Before I read the question, I will give you the number of the question.  If your answer to a questions is yes, please write the number of the question down on the card which has been provided to you.  If you do not have an index card and a pen, please raise your hand now.

**PROPOSED VOIR DIRE QUESTIONS -** ***PARTIES IN AGREEMENT***

1. The alleged conduct occurred on March 14, 2007, at approximately 11:00 a.m. in the D.C. Superior Court, located at 500 Indiana Ave., N.W., Washington, D.C.  Do any of you believe you may know anything about the facts and circumstances of this case?

2. Do any of you live or work near the area where the alleged offense took place, or are any of you otherwise familiar with that area? If so, would that affect your ability to be fair and impartial in this case?

3. The United States is represented in this case today by Assistant United States Attorney Louis Ramos. Do any of you know Mr. Ramos? Mr. Ruth is representing himself. Mr. Ruth's attorney-advisor is David Bos. Do any of you know either Mr. Ruth or Mr. Bos?

4. The government will call a number of witnesses to testify during the trial. The defense may also, but is not required to call witnesses. Mr. Ramos will now read a list of names of witnesses that you may hear from and of people that you may hear about during the trial. Mr. Ruth will read a list of names of witnesses that you may hear from during trial. Not all of these witnesses will necessarily testify, but they are being introduced to determine whether any of you know any of the prospective witnesses in this case. Do any of you know any of the people just announced?

5. Does any member of the panel know any other member of the panel or any other person in the courtroom? If so, would that affect your ability to decide the case for yourself based on your individual judgment?

## PRESUMPTION OF INNOCENCE, BURDEN OF PROOF AND REASONABLE DOUBT

6. Mr. Ruth – like all defendants -- is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt. Would any of you be unable to follow this requirement of the law?

7. On the other hand, if, after you have heard all the evidence, you find that the government has proven beyond a reasonable doubt every element of the offense, it is your duty to find him guilty. Is there anyone who feels that they would be reluctant or unable to carry out that duty?

## FAMILIARITY WITH PROSECUTION / DEFENSE / POLICE WORK OR JURY SERVICE

8. Have you or any of your family or close friends or household members studied law or had any legal training, including paralegal training?

9. Are you or any of your family or close friends or household members an attorney involved in any way in civil or criminal litigation?

10. Are you or any of your family or close friends or household members a prosecutor or an employee in an office that handles prosecution, such as the U.S. Attorney's Office, a district attorney's office, or attorney general's office?

11. Are you or any of your family or close friends or household members a law enforcement officer, including any police department (in or outside the District), special police officers, correctional officers, Department of Justice, U.S. Marshall's Service, Sherriff's Departments, Internal Revenue Service, U.S. Secret Service?

12. Are you or any of your family or close friends or household members employed in any capacity by or work with any firm or agency which does criminal or civil defense work, such as the Federal Defender's Office, Public Defender's office, or a private law firm?

13. Are you or any of your family or close friends or household members a present or former employee working at a courthouse or for a court system, including probation, parole officers?

14. Are you or any of your family or close friends or household members a present or former investigator of any kind, including military, insurance company, CIA, fire department, private detective, or defense investigator?

15. Do you or any of your family or close friends or household members presently have a pending application for employment with the United States Attorney's Office, the Federal Public Defender Service, or a defense attorney?

16. Have any of you ever served on a Grand Jury? If so, was there anything about that experience that would make it difficult for you to serve in this case? Do you understand that the burden of proof for conviction at trial is different from the burden of proof required to indict? Would you have any difficulty applying the correct standard as I define it for you at the close of the case?

17. Have any of you ever served as a trial juror in a criminal case? If so, was there anything about that experience that would make it difficult for you to serve in this case?

18. Have any of you formed special opinions concerning defense attorneys or prosecutors that would affect you in deciding this case?

19. Do any of you hold strong political beliefs regarding the District of Columbia's representation in Congress or any other issue which leads you to be biased against the federal government or the justice system in general?

GENERAL EXPERIENCE WITH LAW ENFORCEMENT/CRIME

20. Have any of you, any members of your family, or any close friends, had an experience with the police, including being stopped for a traffic violation, or with any person associated with or employed by the United States Attorney's office or the Court, which would make it difficult for you to be a fair or impartial juror in this case?

21. Do any of you believe that law enforcement officials (this includes members of any law enforcement agency, such as the Metropolitan Police Department, the FBI or U.S. Marshal Service) are not trustworthy or that they tend to fabricate information or evidence?

22. How many of you believe that the testimony of a police officer is more likely to be truthful, or is more likely to be untruthful, because that witness is a law enforcement officer?

23. Is there anyone who, because of the reported crime situation in D.C. or because of the reported incarceration rate in D.C. thinks that his or her own concerns or feelings would make it difficult to consider the evidence surrounding a criminal charge or difficult to decide guilt or innocence in a criminal case?

24. Have any of you or any family member or a close friend of yours or member of your household ever been the victim of, a witness to, or charged with, a criminal offense?

GUN RELATED OFFENSES

25. This case involves allegations of unlawful possession of a firearm and ammunition. Does anyone have such strong feelings about guns that the nature of the charges makes it difficult for you to be fair and judge this case on the evidence presented in court?

26. Are any of you members of any group which advocates either for or against gun ownership or gun control?

27. Do any of you disagree with the prosecution of gun offenses such as the one charged, or any other type of gun offense? Do any of you believe that the possession of guns should be legalized? This includes a belief that either too much or too little effort is spent on the prosecution of gun offenses or that the penalties assigned to those offenses are either too severe or too lenient, or any views concerning a person's alleged possession of firearms or ammunition which would prevent you from keeping an open mind?

## INDIVIDUAL JUDGMENT

28. Do any of you have any moral, social, political, philosophical, religious or any other creed or belief that would interfere with your ability to judge the conduct of the defendant and return a fair and impartial verdict solely upon the evidence?

29. Sometimes the legal definitions of words can be different from common, every day meanings. I will instruct you about the specific legal definitions of certain terms in this case. Would any of you have difficulty following my instructions about a term's legal meaning, where my instructions clash with your own personal definition?

30. The law requires that the jurors weigh the evidence in a case and determine the guilt or innocence of the defendant solely upon the basis of the evidence, without any consideration of the matter of punishment and without prejudice, fear, sympathy or favoritism.  Does any one believe that he or she would have difficulty following this instruction?

31. Anyone who is selected to serve on this jury will take an oath to follow the law as instructed by this Court.  Is there anyone who for any reason would not be able to accept and follow the Court's instructions regarding the law?

MEDICAL PROBLEM/HARDSHIP/CATCH-ALL

32. Are any of you presently taking any medication which might cause drowsiness, or experiencing any other physical or mental conditions which might in any way affect your ability to give your full attention to this case?

33. The presentation of evidence in this trial is expected to last 2 days; the length of deliberations is determined by the jury itself.  Is there any member of the panel who has an urgent matter to attend to in the next few days such that you could be faced with a hardship if selected for the jury in this case?

34. Do any members of the panel know any other reason, not already discussed, that might interfere with your ability to arrive at a fair and impartial verdict, or which causes you to feel you cannot sit as a juror in this case?

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07- 93 (HHK) |
| v. | : | |
| MICHAEL RUTH | : | |
| Defendant. | : | |

## GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States of America, by and through its attorney, the Unites States Attorney for the District of Columbia, respectfully proposes that the following jury instructions be read to the jury in this case (all citations are to the Red Book Criminal Jury Instructions unless otherwise noted):

## JURY INSTRUCTIONS - *PARTIES IN AGREEMENT*

## General Instructions

1.02    Note Taking by Jurors (if applicable)

1.03    Preliminary Instruction Before Trial

1.04    Stipulation of Fact (if applicable)

1.05    Cautionary Instruction Prior to First Recess

1.07    Questions Not Evidence

1.08    Expert Testimony

1.10    Evaluation of Prior Inconsistent Statement of a Witness (if applicable)

1.11 Evaluation of Prior Consistent Statement of a Witness (if applicable)

1.19 Defendant's Representation of Himself

1.21 Preliminary Instruction to Jury Where Identity of Alternates is not Disclosed

1.22 A Juror's Recognition of a Witness or Other Party Connected to the Case

2.01 Function of the Court

2.02 Function of the Jury

2.03 Jury's Recollection Controls

2.04 Evidence in Case - Stipulations (if applicable)

2.05 Statements of Counsel

2.06 Indictment Not Evidence

2.07 Inadmissible and Stricken Evidence (if applicable)

2.08 Burden of Proof- Presumption of Innocence

2.09 Reasonable Doubt

2.10 Direct and Circumstantial Evidence

2.11 Credibility of Witnesses

2.13 Number of Witnesses

2.14 Nature of Charges Not to be Considered

2.26 Police Officer's Testimony

2.27    Failure of Defendant to Testify (if applicable)

2.28    Defendant as Witness (if applicable)

2.29    False or Inconsistent Statement by Defendant (if applicable)

2.48    Statements of the Defendant – Substantive Evidence (in applicable)

2.71    Election of Foreperson

2.72    Unanimity of Verdict

2.73    Exhibits During Deliberations

2.74    Possible Punishment Not Relevant

2.75    Communications between Court and Jury During Deliberations

2.76    Furnishing the Jury with a Copy of the Instructions

3.02    Proof of State of Mind

3.07    On or About

3.08    Possession

4.79    **Possession of Ammunition by a Convicted Felon**

The defendant is charged in Count One of the indictment with the unlawful possession of ammunition by a person who has previously been convicted of a crime punishable by a term of imprisonment exceeding one year.

The essential elements of this offense, each of which the government must prove beyond a reasonable doubt, are:

15

>   1) That the defendant knowingly possessed ammunition;
>
>   2) That the ammunition had been shipped or transported from one state to another; and
>
>   3) That at the time the defendant possessed the ammunition, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

With regard to that third element, you are instructed that the parties have entered into a stipulation that the defendant has been convicted of a crime punishable by imprisonment for a term exceeding one year.

An act was done knowingly if the defendant was conscious and aware of his act, realized what he was doing, and did not act because of mistake, inadvertence, or accident.

It is necessary that the ammunition which the defendant allegedly possessed have traveled or been transported in interstate commerce. Property is in interstate commerce if its movement originates in one state and passes through another state. The District of Columbia is considered a state for this purpose. The interstate character of transport begins when the property is set aside for interstate transportation and comes into the possession of those who are assisting its movement in interstate transportation, and continues until the property arrives at its destination and is delivered.

The government may meet its burden of proving a connection between interstate commerce and possession of ammunition by a convicted felon if it is demonstrated that the firearm possessed by a convicted felon had previously traveled in interstate commerce.  It is not necessary that the government prove that the defendant purchased the ammunition in some state other than that where s/he was found with it or that s/he carried it across a state line, nor must the government prove who did purchase the ammunition. It is necessary only that the government prove that the defendant, having previously been convicted of a felony, knowingly possessed a firearm that, at some time, had previously traveled in interstate commerce.  To assist you in your deliberations, and to ensure that you have reached a unanimous verdict on this count, the verdict sheet will have places for you to indicate your verdict as to both the firearm and the ammunition.

[Source:  Red Book Jury Instructions 4.79 and 2.72, modified]

# VERDICT FORM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-93** |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL RUTH** | : | |
| | : | |
| **Defendant.** | | |

## **VERDICT FORM**

1)  We the jury find the defendant

_____ Not Guilty        _____ Guilty

of unlawful possession of ammunition by a person who has been convicted of a crime punishable by more than one year in prison on or about March 14, 2007.


_____        _____
       Foreperson                                                          Date