UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. **07-0093 (HHK)** |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| **MICHAEL C. RUTH,** | : | Person Convicted of a Crime Punishable by |
| **Defendant.** | : | Imprisonment for a Term Exceeding One Year); |
| | : | 7 D.C. Code § 2506.01 |
| | : | (Possession of Unregistered Ammunition) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about March 14, 2007, within the District of Columbia, **MICHAEL C. RUTH** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F3359.00, did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

   (**Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about March 14, 2007, within the District of Columbia, **MICHAEL C. RUTH** did possess ammunition without being the holder of a valid registration certificate for a firearm.

(**Possession of Unregistered Ammunition**, in violation of Title 7, District of Columbia Code, Section 2506.01)

                         JEFFREY A. TAYLOR
                         Attorney of the United States in
                         and for the District of Columbia
                         Bar No. 498610

BY: _____
        LOUIS RAMOS
        Assistant United States Attorney
        Bar No.  472-176
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4243
        Washington, D.C. 20503
        (202) 305-2195
        Louis.Ramos@usdoj.gov