USA V. MICHAEL RUTH
07-93 (HHK)

2-22-08

Copies to: Judge
AUSA
Dft. Atty

RECEIVED
FEB 22 2008
CHAMBERS OF
JUDGE KENNEDY

FILED
FEB 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Mr. Kennedy:

I hope this letter finds you in the best of health as well as spirit. This letter is to you, The Honorable Judge Kennedy from me, Michael Ruth. This letter serves no legal basis, it is a personal letter from me to you. The basis of this letter is to ask you to take into considerations of you hearing and judging on all of my motions despite some of them being filed late. Mr. Kennedy you don't know me personally but if you did you would know that I am sometimes sensitive to other people's feelings. Therefore, I'm submitting this letter to you and you only and not for the eyes of my former attorney and now legal advisor, Mr. Bos. With all due respect to Mr. Bos, all of these motions that I've filed before you, the subject of these motions were long ago mentioned or advised to Mr. Bos with the exception of one, which was the motion to dismiss for government's non-confirmation of mens rea (criminal intent). Every other subject of motions was brought to his attention, but it seemed to me as if nothing was being done about them. This was a major factor

of me choosing to represent myself in this case, so that I can have some of my issues answered to me face to face. It looked to me as if Mr. Bos, who had strong feelings about winning this at trial, it looked as if his only concern was trial. A long drawn out preparation for trial can drain a person physically and mentally. So therefore, if there is a legal basis to cut this short before trial by motion, that would have been my best interest at heart coming from Mr. Bos. Add to the fact that I saw a similar case to mine, within 2 weeks of my charges: Sen. Jim Webb's Aide: Mr. Phillip Thompson's charges dropped soon after his arrest. I do sincerely apologize for filing some of these motions so late but I do have alot on my plate such as taking care of family (3 children) staying enrolled in college (ACT College Also grades have lowered since going to halfway house) and preparing for a trial in District Court. Added to the equation is my residing at the Half Way house which doesn't let me out for law library or legal studies, only for school and urine submission, haircuts and religous service

Once again I just ask that you please take this into consideration before you make your decesion to rule on these motions or not.

       Than you
          Your Honor

      Sincerly,

        *Michael C. Ruth* (signature)
        Michael C. Ruth