UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
vs.
MICHAEL C. RUTH (defendant)
Case # 07-093-HHK

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRO SE MOTION TO DISMISS
INDICTMENT/CHARGES DUE TO
WITNESS INTIMIDATION/BADGERING
FROM U.S. DEPUTY MARSHAL
COLE BARNHART

Leave to file GRANTED
Henry H. Kennedy, Jr.
United States District Judge
2/26/08

Copies to: Judge
AUSA
Dft. Atty

Come now, Michael C. Ruth to hereby respectfully move the District Court. The following is submitted:

FActs: Upon being ARRested on or about March 14, 2007. I was originally there for a matter with Judge Lee in his courtroom. After being ARRested I was still taken to see Judge Lee of Superior Court, in handcuffs, so he rescheduled my next court date for 4-18-07. After my arrest I was ordered to submit weekly urine test in which I chose Wednesday's to be that day. Just so happens 4-18-07 fell on a Wednesday. Me and my twin children's mother were at Superior Court to handle an ongoing family matter. While waiting for our case to be called, I decided to go ahead and submit my weekly urine as in killing 2 birds with one stone. My twin children's mother accompanied me to take my urine. Upon arriving downstairs, defendant was approached by Deputy U.S. Marshal Cole Brenhart. His first statement to me was that was alot of Marijuana at your mom's

house. He next stated to me that me and my mother were scorned to be charged by Prince George's County for marijuana and ecstasy charges. He stated it's not looking good you might want to plead guilty. He then handed me his card and told me to call him for further update. I took his card and remained silent thru out the whole ordeal all which took place in the presence of my children's mother.

About 2-3 weeks after the first incident I was again approached by Mr. Barnhart again while proceeding to submit an urine. He told me again this time that the guy in P.G. County hasn't called him back so he's assuming that no charges will be pressed on me and my mother. This was witnessed by a freind of mine, Mr. Rockie Sheffie.

Conclusion

Wherefore, I Michael C Ruth Authorize by evidence and witnesses who are ready to testify to have this District Court invoke it's discretion for purposes of witness

intimidation / badgering or any other Reasons justice so demands.

Respectfully submitted:

Michael C. [signature]

2-19-08