UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
vs.
MICHAEL C. RUTH (defendant)

CASE # 07-093-HHK

**FILED**

FEB 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRO SE MOTION TO DISMISS INDICTMENT/CHARGES DUE TO SELECTIVE PROSECUTION BY THE GOVERNMENT

Leave to file GRANTED

Henry H. Kennedy, Jr.
United States District Judge
2/27/08

Copies to: Judge
AUSA
Dft. Atty

Comes Now, Michael C. Ruth to hereby Respectfully move the District Court. The following is submitted:

Facts Upon being Arrested on or about March 14, 2007, then the defendant was indicted by a Grand Jury for said offense on or about May 11, 2007

I, Michael C. Ruth, contend that all fingers point to me being prosecuted due to a specific nature or specific characteristic that I possess. As stated, I was arrested on March 14, 2007. Exacty 12 days after my on arrest, which would make the date March 26, 2007, Virginia Sen Jim Webb's aide, Mr. Phillip Thompson was arrested after a loaded pistol and two other loaded magazines were spotted in his briefcase being scanned by an X-ray machine at the entrance of the Russell Senate office building. Sen. Webb initially told Reporters that the gun was not his, then later recanted his statement by saying he owned the gun Mr. Thompson stated initially that he did not own the gun,

and his acts were complete inadvertance. Of course, I've maintained from my initial arrest that my act was complete inadvertance. However, Mr. Thompson's charges were later dismissed. On the other hand my charges are still being prosecuted, almost a year later leading up to trial. One factor that strikes in particular is Mr. Thompson is a middle aged white male. I, Mr. Ruth am a young black male. Another factor is Mr. Thompson has ties to government officials, as he was an aide to Virginia Sen Jim Webb. I, Mr. Ruth has no government ties. Mr. Thompson's charges also outweigh my charges a bit, as he was charged with a loaded pistol and two magazine clips. I, Mr. Ruth was just charged with two magazine clips. So now what we have that stands as fact is that within the two similar cases that both happened within two weeks of each other, you have a middle aged white male government employee who's charges are dropped versus a young black male with no government ties who's charges are still being prosecuted as we speak today. It is what it is!! Add to the fact that Mr. Ruth's case was sent straight to District Court, but Mr. Thompson who

was arrested on Federal grounds (The Senate building) which to my knowledge makes it a federal crime, case was sent to D.C. Superior Court.

## MEMORANDUM OF POINTS AND AUTHORITIES OF LAW IN SUPPORT

I, Michael C. Ruth, moves for the indictment of May 11, 2007 or the charges completely to be dismissed since confirmation has been given on selective prosecution and for government to prosecute on the basis of race, age or employment status is baseless, immoral, plain wrong and for the record illegal.

## Conclusion

Wherefore, I, Michael C. Ruth, authorize by evidence and points and authorities of law to have this District Court invoke it's discretion for purposes of dismissing indictment/charges

Date: 2-22-08

Respectfully Submitted: Michael C. [signature]