UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Case No. 07-093 (HHK) |
| | : |
| | : |
| MICHAEL RUTH | : |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Williams King, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

On March 14, 2007 at approximately 11:15 a.m., the defendant attempted to enter the Superior Court for the District of Columbia, located at 500 Indiana Avenue, NW, through the main entrance. While passing through the security checkpoint, the defendant placed a small backpack through the security x-ray screening machine. While passing through the x-ray machine, Court Security Officer ("CSO") Audrey Clare observed what appeared to be two ammunition magazine clips in the defendant's backpack. The defendant was then asked whether that backpack belonged to him, and the defendant admitted that the backpack did belong to him. The backpack was then run through the x-ray machine for a second time, confirming that there appeared to be two ammunition magazine clips inside of his backpack. The bag was then searched by CSO Clare and her supervisor, CSO Paul McLeod, and that search revealed that the defendant had inside of his backpack two ammunition magazine clips, one loaded with seven rounds of Luger 9mm ammunition and the other

clip loaded with thirteen rounds of Winchester 9mm ammunition. The defendant was then placed under arrest.

On March 15, 2007 members of the United States Marshall Service executed a search warrant of the defendant's home based on the facts described above. Once in the house they were advised by the defendant's mother that the defendant's room was in the basement. The search of the defendant's room revealed a box of ammunition that contained forty-four rounds of Luger 9MM rounds. Twenty-five rounds of the 9mm ammunition that was recovered from the defendant's bedroom matched the 9mm ammunition that was recovered from the defendant's backpack on March 14, 2007. These 9mm rounds were found inside of a box marked American Eagle .357 Magnum, High Velocity that was inside of the bottom drawer of the dresser that was in the defendant's bedroom. Also found in that dresser drawer was mail matter belonging to the defendant. Also found in the dresser was a plastic bag containing nineteen rounds of .357 caliber ammunition.

_____
LOUIS RAMOS
Assistant United States Attorney

_____
DAVID BOS, Esquire
Stand-by Counsel for the Defendant

_____
MICHAEL RUTH
Defendant

2-26-08
Date

2-26-08
Date