

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 26, 2008

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Ruth

David Bos, Esq.
Office of the Federal Public Defender
 for the District of Columbia
625 Indiana Avenue, NW
Washington, DC 20004

           Re:    United States v. Michael Ruth
                   Criminal Number 07-093 (HHK)

Dear Messrs. Ruth and Bos:

      This letter sets forth the full and complete plea offer to Michael Ruth from the Criminal Division of the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). This plea offer will expire on February 26, 2008. If Mr. Ruth accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the Plea Agreement. The terms of the offer are as follows:

### Charges and Statutory Penalties

      1.     Mr. Ruth agrees to plead guilty to one count of unlawful possession of unregistered ammunition, set forth in Count Two in a criminal Superceding Information, a copy of which is attached, in violation of 7 D.C. Code 2506.01(3).

      2.     Mr. Ruth understands that pursuant to 7 D.C. Code 2506.01(3) the charge carries a maximum sentence of 1 year of imprisonment, a fine of up to $1,000, and an obligation to pay any applicable interest or penalties on fines not timely made. In addition, Mr. Ruth agrees to pay a special assessment of $50 per misdemeanor conviction to the Clerk of the Superior Court for the District of Columbia prior to the date of sentencing.

3.  In consideration of Mr. Ruth's plea to the above offense, Mr. Ruth will not be further prosecuted criminally by this Office for the conduct set forth in the attached Statement of Offense. In addition, at the time of sentencing, the Government will move to dismiss Count One of the Superceding Information. Mr. Ruth agrees that with respect to any and all dismissed charges Mr. Ruth is not a "prevailing party" within the meaning of the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), and will not file any claim under that law.

### Factual Stipulations

4.  Mr. Ruth agrees that the attached "Statement of the Offense" fairly and accurately describes Mr. Ruth's actions and involvement in the offense to which Mr. Ruth is pleading guilty. It is anticipated that prior to or during the plea hearing, Mr. Ruth will adopt and sign the Statement of the Offense as a written proffer of evidence.

### Agreement as to Sentencing Allocution

5.  The government reserves its right to allocute at the time of sentencing.

6.  In addition, the Government reserves its right to full allocution in any post-sentence litigation in order to defend the Court's ultimate decision on such issues.

### Release/Detention

7.  Mr. Ruth acknowledges that while the Government will not seek a change in Mr. Ruth's release conditions pending sentencing, the final decision regarding Mr. Ruth's bond status or detention will be made by the Court at the time of Mr. Ruth's plea of guilty. Should Mr. Ruth engage in further criminal conduct prior to sentencing, however, the Government may move to change Mr. Ruth's conditions of release.

### Breach of Agreement

8.  Mr. Ruth understands and agrees that if, after entering this Plea Agreement, Mr. Ruth fails specifically to perform or to fulfill completely each and every one of Mr. Ruth's obligations under this Plea Agreement, or engages in any criminal activity prior to sentencing, Mr. Ruth will have breached this Plea Agreement. In the event of such a breach: (a) the Government will be free from its obligations under the Agreement; (b) Mr. Ruth will not have the right to withdraw the guilty plea; (c) Mr. Ruth shall be fully subject to criminal prosecution for any other crimes, including perjury and obstruction of justice; and (d) the Government will be free to use against Mr. Ruth, directly and indirectly, in any criminal or civil proceeding, all statements made by Mr. Ruth and any of the information or materials provided by Mr. Ruth, including such statements, information and materials provided pursuant to this Agreement or during the course of any debriefings conducted in anticipation of, or after entry of this Agreement, including Mr. Ruth's statements made during proceedings before the Court pursuant to Fed. R. Crim. P. 11.

9.  Mr. Ruth acknowledges discussing with his stand-by counsel, Mr. Bos, Federal Rule of Criminal Procedure 11(f) and Federal Rule of Evidence 410, rules which ordinarily limit the

admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. Mr. Ruth knowingly and voluntarily waives the rights which arise under these rules.

10. Mr. Ruth understands and agrees that the Government shall only be required to prove a breach of this Plea Agreement by a preponderance of the evidence. Mr. Ruth further understands and agrees that the Government need only prove a violation of federal, state, or local criminal law by probable cause in order to establish a breach of this Plea Agreement.

11. Nothing in this Agreement shall be construed to permit Mr. Ruth to commit perjury, to make false statements or declarations, to obstruct justice, or to protect Mr. Ruth from prosecution for any crimes not included within this Agreement or committed by Mr. Ruth after the execution of this Agreement. Mr. Ruth understands and agrees that the Government reserves the right to prosecute Mr. Ruth for any such offenses. Mr. Ruth further understands that any perjury, false statements or declarations, or obstruction of justice relating to Mr. Ruth's obligations under this Agreement shall constitute a breach of this Agreement. However, in the event of such a breach, Mr. Ruth will not be allowed to withdraw this guilty plea.

### Waiver of Statute of Limitations

12. It is further agreed that should the conviction following Mr. Ruth's plea of guilty pursuant to this Agreement be vacated for any reason, then any prosecution that is not time-barred by the applicable statute of limitations on the date of the signing of this Agreement (including any counts that the Government has agreed not to prosecute or to dismiss at sentencing pursuant to this Agreement) may be commenced or reinstated against Mr. Ruth, notwithstanding the expiration of the statute of limitations between the signing of this Agreement and the commencement or reinstatement of such prosecution. It is the intent of this Agreement to waive all defenses based on the statute of limitations with respect to any prosecution that is not time-barred on the date that this Agreement is signed.

### Complete Agreement

13. No other agreements, promises, understandings, or representations have been made by the parties or their counsel than those contained in writing herein, nor will any such agreements, promises, understandings, or representations be made unless committed to writing and signed by Mr. Ruth, defense counsel, and an Assistant United States Attorney for the District of Columbia.

14. Mr. Ruth further understands that this Agreement is binding only upon the Criminal and Superior Court Divisions of the United States Attorney's Office for the District of Columbia. This Agreement does not bind the Civil Division of this Office or any other United States Attorney's Office, nor does it bind any other state, local, or federal prosecutor. It also does not bar or compromise any civil, tax, or administrative claim pending or that may be made against Mr. Ruth.

15. If the foregoing terms and conditions are satisfactory, Mr. Ruth may so indicate by signing the Agreement in the space indicated below and returning the original to me once it has been signed by Mr. Ruth and by you or other defense counsel.

Sincerely yours,

*[signature]*
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: *[signature]*
LOUIS RAMOS
ASSISTANT UNITED STATES ATTORNEY

## DEFENDANT'S ACCEPTANCE

I have read this Plea Agreement and have discussed it with my stand-by counsel, David Bos, Esq. I fully understand this Agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in this Agreement.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this Plea Agreement. I am satisfied with the legal services provided by my attorney in connection with this Plea Agreement and matters related to it.

Date: 2-26-08         *[signature]*
                      Michael Ruth
                      Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this Plea Agreement, reviewed them with Mr. Ruth, and discussed the provisions of the Agreement with Mr. Ruth, fully. These pages accurately and completely sets forth the entire Plea Agreement. I concur in Mr. Ruth's desire to plead guilty as set forth in this Agreement.

Date: 2.26.08         *[signature]*
                      David Bos, Esquire
                      ~~Attorney for the Defendant~~