UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
vs.
MICHAEL C. RUTH (defendant)
CASE # 07-093-HHK

Leave to file GRANTED
/s/ Henry Kennedy  2/28/08
Henry H. Kennedy, Jr.
United States District Judge

PRO SE MOTION TO SUPPRESS ANY EVIDENCE SEIZED FROM ___ CT TEMPLE HILLS, MD 20748 DUE TO ILLEGAL SEARCH AND SEIZURE

Comes now, Michael C. Ruth to hereby Respectfully move the District Court. The following is submitted:

Facts- I, Michael C. Ruth was Arrested on or about March 14, 2007. However, I Michael C. Ruth made payment to Housing Provider, Mr. Anthony Smith (Housing Provider phone # 301-775-5475) on March 9, 2007 and also signed the lease on the same said date as well as given the keys to my Residence which was: _____, Wash. D.C. 20020 as of March 9, 2007.

D.C Law states that from the time of new occupancy the resident has 30 days to change identification card to bear the new Residence.

Also, on or about March 15, 2007, U.S Marshal's Raided, illegaly entered, unlawfully entered my mother's home at _____ Ct, Temple Hills, MD 20748. My mother's next door neighbor (which has

Agreed to testify if neccessary) witnessed U.S. Marhal's in my mother's home (illegaly) while my mother (who live Alone) was not home at the time. The next door neighbor called my mother at her job to tell her that Marshalls were in her home. By the time the neighbor came out to confront the Marshall's they were outside acting as if they never entered. The neighbor again called my mother at her job and let her speak to the Marshall's and the Marshalls stated to her to come home so she can sign the search warrant and permit them to enter.

According to Deputy Marshal, Cole Barnhart of the U.S. Marshal Service in his sworn affivdavit point #6, he swears under the penalty of perjury that defendant Michael C. Ruth orally confirmed to him that he resides at _____ Ct, Temple Hills, MD 20748 with his mother and twin children. This point #6 is outright rebutted due to the fact that Mr. Barnhart who entered my mother's home unlawfully (which is a criminal offense) is liable to say anything to be granted

A search warrant. And his statement was made earlier of the same day that he commited a criminal offense of unlawful entry. Also the alleged statement the defendant made makes no sense due to the fact that my mother lives alone and my twin children live with their mother in Washington D.C.

There were pictures taken at the scence at                Ct. Some of these pictures in my opinion were too obv.ous. For example: Ammunition, drugs, and drug paraphanalia photographed right beside an old job (Giant Food) name tag with "Mike" on the label, all in a room which was propped to be my room.

### CONCLUSION

Wherefore, I Michael C. Ruth authorize by evidence and points and authorities of law to have this District Court invoke it's discretion for purposes of suppressing any evidence seized from 3211 Burton Ct., Temple Hills, MD 20748

Respectfully Submitted

Michael C. ZA

2-19-08