UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to: Judge
AUSA - Special Proceedings
Dft.

UNITED STATES OF AMERICA

v.

MICHAEL C. RUTH
(defendant)

CASE # 1:07-cr-093-HHK-1

**FILED**

APR 30 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file GRANTED as 2255 action

Henry H. Kennedy, Jr.
United States District Judge
4/30/08

Pro Se' Motion for Appeal / Reconsideration of sentence due to negligence and disfunctional practices of holding authorities

Facts:

I, Michael C. Ruth, said defendant was sentenced to 3 years probation on 4-23-08. However as of today, 4-25-08, I'm still being held in custody at the Hope Village Halfway House located at 2920 Langston Pl., SE Wash. D.C. 20020.

Conclusion. I, Michael C. Ruth, the said defendant, hereby ask this Honorable Court to suspend the said sentence of 3 years probation and impose a "time served" sentence due to authorities negligence and disfunctional practices. I've served 7 months succesfully at the Hope Village Halfway house and was fully expected to be released on 4-23-08. By non-release of custody, it adds "insult to injury" to my current sentence that has been imposed. It serves as a setback for personal business that I needed to attend to as well as dissapointment to my family members who have long awaited my

Release. Of course it is frustrating on my behalf as I have long awaited to be released also I do not want to pursue legal action or civil action but I'm being made to feel I have no other choice as none of my questions are being answered.

So I hereby humblely ask this court to rule in favor due to circumstances.

Thank you.

Respectfully submitted: *Michael C. [signature]*

Date: 4-25-08