UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MICHAEL C. RUTH,**<br><br>              **Defendant.** | Criminal 07-0093  (HHK) |

## ORDER

Before the court is defendant's Motion to Vacate under 28 U.S.C. § 2255 [#28]. In light of Mr. Ruth's release from the Hope Village Halfway House on May 1, 2008, the court concludes that his motion is moot. Accordingly, it is this 16th day of May 2008,

**ORDERED** that Mr. Ruth's motion [#28] is **DENIED** as moot.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge